

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2022

No. 04-21-00327-CV

**NETFLIX, INC.**; Netflix Worldwide Entertainment, LLC; Kyoko Miyake; Sarit G. Work; Samantha Knowles; Kate Gill; Jigsaw Productions, LLC; Muddy Waters Productions LLC; Alex Gibney; Philip Ross; Jo Ann Rivera; Laura A. Martinez; Brittany A. Martinez; Michelle C. Martinez; and Jose H. Martinez,
Appellants

v.

Tonya **BARINA**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04501
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

This case was most recently set for oral argument on Thursday, March 24, 2022, at 9:00 a.m. Because of a medical emergency, we withdrew the March 24, 2022 submission date.

We now set this cause for submission by oral argument on Tuesday, June 28, 2022, at 9:00 a.m., before a panel consisting of Justice Patricia O. Alvarez, Justice Irene Rios, and Justice Beth Watkins. Oral argument will be held virtually via the Fourth Court of Appeals' Zoom license.

Counsel will receive a separate e-mail that will contain a link for the oral argument. Counsel are admonished as follows:

1. The link to Zoom is only for counsel presenting argument and is not to be shared with any other person. Counsel will need a computer or other electronic device with a camera, a microphone, and access to the Internet. If counsel intends to present any exhibits during oral argument, any such exhibits must be electronically filed by noon on the day before argument.

2. The argument will be live streamed to the Court's YouTube channel for the benefit of the public. The argument can be accessed using the following link:

https://www.youtube.com/channel/UCiaWJQ7eW5OQIALdyLN6s3A

3.  Counsel are encouraged to familiarize themselves with the Zoom platform.  The Clerk of the Court will contact counsel no later than the week before argument to verify connectivity and equipment.

4.  Counsel must wear court-appropriate attire and choose an appropriate background.

5.  The time for oral argument will be allotted as follows:

| | |
|---|---|
| Appellants' opening argument | 20 |
| Appellee's response | 20 |
| Appellants' rebuttal | 10 |

*See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 9.1.

If a participant's link is disconnected during argument, timing of the argument will stop until the participant is able to reconnect.

It is so **ORDERED** on this 25TH day of March 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court